IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| MOHAMMAD HASHIM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 4:04-cv-02725-JFG-JEO |
| | ) | |
| JOHN ASHCROFT, Attorney General of the United States, et al., | ) ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

The petitioner, Mohammad Hashim, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The respondents filed a motion to dismiss the same as being moot on September 14, 2005, premised on the fact that the petitioner has been deported from the United States to Afghanistan.  (Doc. 10).

Because it is evident that the petitioner is no longer in custody, his petition for a writ of habeas corpus is due to be dismissed as moot.[1]

**DONE and ORDERED 13 October 2005.**

**UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.**

---

[1] The declaration of Dean A. Hoth demonstrates that the petitioner was deported from the United States on February 22, 2005.